AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| STEPHANIE SUAREZ, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 9:20-cv-81918-RAR |
| SEACOAST UNIFORMS and DAWN MASON, | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Seacoast Uniforms
Attn: Marc Mason, Owner
5851 La Gorce Circle
Lake Worth, Florida 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway, Suite 588
Sunrise, Florida 33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/16/2020

Angela E. Noble
Clerk of Court



SUMMONS

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| STEPHANIE SUAREZ,<br><br>*Plaintiff*<br>v.<br>SEACOAST UNIFORMS and DAWN MASON,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  9:20-cv-81918-RAR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Dawn Mason, Owner
    5851 La Gorce Circle
    Lake Worth, Florida 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Law Offices of Levy & Levy, P.A.
    1000 Sawgrass Corporate Parkway, Suite 588
    Sunrise, Florida  33323
    Telephone: (954) 763-5722
    Facsimile: (954) 763-5723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/16/2020



Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

SUMMONS